1  BARRY J. PORTMAN
   Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant SHEHREZAD CZAR
6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )   No. CR-06 00289 MJJ
                                  )
12          Plaintiff,             )   STIPULATION AND [PROPOSED]
                                  )   ORDER VACATING AND CONTINUING
13 vs.                            )   STATUS CONFERENCE
                                  )
14 SHEHREZAD CZAR,                )
                                  )
15          Defendant.             )
   _____)
16

17     Shehrezad Czar is scheduled to appear for a status conference in this case on June 29,

18 2006. Magistrate Judge Wayne Brazil recently released Mr. Czar following a detention hearing,

19 but Mr. Czar is subject to an immigration detainer. He presently is in the custody of immigration

20 officials, awaiting a court appearance, and expects to be released on an immigration bond.

21 Government counsel will be unavailable the week of July 3, 2006.

22     IT IS THEREFORE STIPULATED AND AGREED that the Court may vacate the status

23 conference, presently scheduled for June 29, 2006, and continue the matter to July 20, 2006. The

24 parties agree that the Court should exclude time under the Speedy Trial Act between June 29,

25 2006 and July 20, 2006 on the grounds that the defendant is unavailable while in the custody of

26 immigration officials, and on the further grounds that defense counsel is continuing his

STIP AND ORDER                     1

investigation of matters relating to Mr. Czar's admission to the United States and that denial of a continuance would deny Mr. Czar reasonable time necessary for effective preparation of his defense. 18 U.S.C. §§ 3161(h)(3)(A), (h)(8)(A) and (B)(iv).

I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature (/S/) within this e-filed document.

/S/

Dated: June 27, 2006 _____
LEWIS DAVIS
Assistant United States Attorney

/S/

Dated: June 27, 2006 _____
JEROME E. MATTHEWS
Assistant Federal Public Defender

Good cause appearing therefor, IT IS ORDERED that the status conference presently set for June 29, 2006 is VACATED. The matter is continued to July 20, 2006 at 2 p.m.

IT IS FURTHER ORDERED that time under the Speedy Trial Act shall be excluded on the grounds that the defendant is unavailable while in the custody of immigration officials, and on the further grounds that defense counsel is continuing his investigation of matters relating to Mr. Czar's admission to the United States and that denial of a continuance would deny Mr. Czar reasonable time necessary for effective preparation of his defense. 18 U.S.C. §§ 3161(h)(3)(A), (h)(8)(A) and (B)(iv).

Dated: June 27, 2006 _____
MARTIN J. JENKINS
United States District Judge

STIP AND ORDER 2