BARRY J. PORTMAN
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant SHEHREZAD CZAR

**FILED**

SEP 1 3 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> SHEHREZAD CZAR, <br> Defendant. | No. CR-06 00289 MJJ [WDB] <br><br> STIPULATION REGARDING CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE AND [PROPOSED] ORDER |

Shehrezad Czar appeared before this Court for change of plea and sentencing on the superseding information on September 8, 2006. Mr. Czar was advised of his right to proceed before a District Judge as to these matters. After consultation with his counsel, Mr. Czar voluntarily consented to proceed before a Magistrate Judge for all purposes. IT IS THEREFORE STIPULATED AND AGREED that Mr. Czar be adjudged to have formally given his consent to proceed before the Magistrate Judge, and that jurisdiction vested in the Magistrate Judge for purposes of plea and sentencing in this matter, and for the further purpose of entering a removal order as expressly provided for in the plea agreement.

STIP AND ORDER

*[Handwritten: CC: WDB's Stats, Copy to parties via ECF, Monica Tutson, Probation]*

1 | SO STIPULATED.

2 | /S/

3 | Dated: September 13, 2006

4 | SHASHI KEWALRAMANI
Assistant United States Attorney

5 |

6 | /S/
Dated: September 13, 2006

7 | JEROME E. MATTHEWS
Assistant Federal Public Defender

8 |

9 | I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

10 |

11 | SO ORDERED.

12 |

13 | Dated: September 13, 2006

WAYNE D. BRAZIL
United States Magistrate Judge

STIP AND ORDER                                2