BARRY J. PORTMAN
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant SHEHREZAD CZAR

FILED

DEC 4 - 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHEHREZAD CZAR,<br><br>Defendant. | No. CR-06 00289 [WDB]<br><br>[PROPOSED] ORDER DIRECTING CLERK OF THE COURT TO RELEASE PASSPORTS |

This Court ordered Shehrezad Czar, as well as Alya Czar, his wife and a bond surety, the Czars' children, and Ron Lowenstein, another bond surety, to surrender their passports as a condition of Mr. Czar's pretrial release. A judgment of conviction and sentence to time served was filed on September 12, 2006, and Mr. Czar has been deported to Pakistan.

Good cause appearing therefor, IT IS ORDERED that the Clerk of the Court return to the respective sureties and family members all passports previously surrendered in connection with the bond in this case.

Dated: December 4, 2006

WAYNE D. BRAZIL
United States Magistrate Judge

PASSPORT REL ORD

cc: WDB's Stats, Copy to parties via ECF
Pretrial, Financial, Probation